Law Offices of
# Shapiro, DiCaro & Barak, LLC

175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

April 27, 2018

Honorable Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601

*In re*:   Charles B. Starr and Rina L. Starr f/k/a Rina L. Oakes
   Chapter 13
   Case Number:  17-35855-cgm
   SD&B File Number:  14-038424

Dear Judge Morris:

This letter confirms that the Motion for Relief from Stay filed in the above-referenced bankruptcy case by Nationstar Mortgage LLC [*Doc No.* 45] scheduled for May 1, 2018 at 11:00 AM is hereby withdrawn.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ *Nicole Kolczynski*
Nicole Kolczynski


cc:   *Debtor*
   Charles B. Starr
   126 Cemetary Road
   Germantown, NY 12526

   *Joint Debtor*
   Rina L. Starr f/k/a Rina L. Oakes
   126 Cemetary Road
   Germantown, NY 12526


ATTORNEYS AT LAW
———
Nicole Kolczynski, Associate Attorney    Direct (585) 247-9000
———
LONG ISLAND OFFICE    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747    PHONE (631) 844-9611    FAX (631) 844-9525

*Attorney for Debtor*
Gregory T. Dantzman, Esq.
One Civic Center Plaza, Suite 403
Poughkeepsie, NY 12601

*Attorneys for TD Bank, N.A.*
Lisa Milas, Esq.
Schiller, Knapp, Lefkowitz & Hertzel LLP
950 New Loudon Road, Suite 109
Latham, NY 12110

*Trustee*
Krista M. Preuss, Esq.
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

*U.S. Trustee's Office*
74 Chapel Street
Albany, NY 12207